IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR111 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO TIRADO-MALIEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter came on for hearing before the Court on May 21, 2015, on a petition for warrant or summons for offender under supervision (Filing No. 5).  Plaintiff was represented by Nancy A. Svoboda, Assistant Untied States Attorney.  Defendant was present and represented by Michael F. Maloney, Assistant Public Defender.

      Defendant admitted the allegation in the petition and the Court found defendant to be in violation of his supervised release.  Accordingly,

      IT IS ORDERED that defendant is sentenced to the custody of the Bureau of Prisons for a term of eighteen months, said sentence to run consecutively to the sentence defendant

received in 8:13CR398. No term of supervised release will follow this sentence.

DATED this 1st day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____